IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DANON, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-6864 |
| | : | |
| THE VANGUARD GROUP, INC., | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 23rd day of May, 2016, upon consideration of Plaintiff's Motion to file a Sur-Reply, (Dkt No. 18), and Defendant's Response in Opposition thereto, (Dkt No. 19), it is hereby ORDERED that said Motion is GRANTED. The Clerk of Court is directed to file Plaintiff's Sur-Reply, attached as Exhibits A and B to Plaintiff's Motion.

FURTHER, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, (Dkt No. 6), and Memorandum of Law in Support thereof, (Dkt No. 6-2), Plaintiff's Response in opposition thereto, (Dkt No. 10), Defendant's Reply in support thereof, (Dkt No. 16), Plaintiff's Sur-Reply in opposition thereto, and the *amicus curiae* brief filed by the Securities and Exchange Commission, (Dkt No. 13), it is hereby ORDERED that said Motion is GRANTED for the reasons stated in the Court's accompanying Memorandum Opinion. Plaintiff's Complaint is dismissed with prejudice. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II   J.