# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA
File Number 15-6864

DAVID DANON,                          )
                                      )
                  Plaintiff           )
                                      )
         v.                           )
                                      )         *Notice of Appeal*
VANGUARD, INC.,                       )
                                      )
                  Defendant           )
                                      )

FILED
JUN 21 2016
MICHAEL E. KUNZ, Clerk

## NOTICE OF APPEAL

Notice is hereby given that David Danon in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 23rd day of May, 2016.

Date:  06/21/2016

JAMES LEWIS GRIFFITH
Attorney for David Danon
920 Lenmar Drive
Blue Bell, Pa 19422
jgriffith@jlgriffithlaw.com
(215) 260 2214