# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

David Danon

District Court Docket Number 15-6864

vs.

Vanguard, Inc.

Notice of Appeal Filed 6/21/16
Court Reporter(s)/ESR Operator(s) n/a

Remark:

---

Filing Fee:
   Notice of Appeal __xPaid _____ Not Paid _____ Seaman
   Docket Fee        __xPaid _____ Not Paid _____ USA/VI

---

CJA Appointment _____ (No Filing Fee)

_____ Motion Pending

---

Defender Association or Federal Public Defender _____

---

Leave to Proceed In Forma Pauperis status:

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

---

Certificate of probable cause (state habeas corpus):

_____ Granted
_____ Denied
_____ Pending

---

Defendant's Address (for criminal appeals)

---

Prepared by: ___s/Tashia C. Reynolds 06/21/2016___
Tashia C. Reynolds
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm
(01/2016)