IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

David Danon
1294 Karen Lane
Wayne, PA  19087,

                     Plaintiff,

     v.

VANGUARD GROUP, INC.
100 Vanguard Boulevard
Malvern, PA  19355

                     Defendant.

CIVIL ACTION NO. 15-6864

JUDGE C. DARNELL JONES, II

## ORDER

AND NOW, this _____ day of September, 2018 upon consideration of the Unopposed Motion to Extend Filing Time it is hereby Ordered that the Motion is GRANRED and in the event that any Order granting or denying the pending Motions is decided prior to September 24, 2018, the plaintiff shall have such time to respond, take any action directed by the Court or to file such Motions or Pleadings deemed necessary either within 10 days commencing September 24, 2018, or at such later date as my be provided by Court Order or the Federal Rules of Civil Procedure.

                                            BY THE COURT:

                                            _____
                                            C. DARNELL JONES, II  J.

Copy to Honorable Lynne A. Starski
       U.S. Magistrate Judge, E.D. Pa.