# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID DANON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 15-cv-6864 |
| | : | |
| **VANGUARD GROUP, INC.,** | : | |
| **Defendant.** | : | |

**AND NOW**, this   2ND   day of November, 2018, upon consideration of Plaintiff's Motion for Leave to Amend (ECF No. 32) and Defendant's Brief in Response thereto (ECF No. 37), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend is **GRANTED**.

The Clerk of the Court is directed to docket the Second Amended Complaint, attached to Plaintiff's Motion for Leave to Amend as Exhibit A.

BY THE COURT:


  /s/ Lynne A. Sitarski             
LYNNE A. SITARSKI
United States Magistrate Judge