# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DANON, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-6864 |
| | : | |
| v. | : | |
| | : | |
| THE VANGUARD GROUP, INC. | : | |
| Defendant. | : | |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Defendant, The Vanguard Group, Inc., respectfully requests oral argument regarding both (i) Defendant's Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment, filed on December 4, 2018 (ECF 54) and (ii) Plaintiff's Conditional Motion to Convert Defendant's Motion to Dismiss the Second Amended Complaint, or in the Alternative, for Summary Judgment to a Motion for Summary Judgment, filed on January 22, 2019 (ECF 60).

Respectfully submitted,

Dated: March 15, 2019

*/s/ Paul G. Nofer*
Paul G. Nofer (No. 52241)
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
pnofer@klehr.com

*/s/ Kelly A. Carrero*
Kelly A. Carrero
 (admitted *pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
kacarrero@jonesday.com

*Attorneys for Defendant, The Vanguard Group, Inc.*

PHIL1 7700766v.1