**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID DANON,** | : | **CIVIL ACTION NO. 15-6864** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE VANGUARD GROUP, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**[PROPOSED] ORDER RE:**
**PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DOCUMENT**
**DISCOVERY PENDING ADJUDICATION OF PENDING MOTIONS**

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiff's

Motion for Leave to Conduct Limited Document Discovery Pending Adjudication of Pending

Motions, it is hereby ORDERED and DECREED that plaintiff's Motion is GRANTED, and that

the parties, forthwith, shall proceed with document discovery as outlined on plaintiff's motion.

Testimonial and non-parties discovery shall proceed only upon further ORDER of the Court.

BY THE COURT:

_____

J.